**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BRAMWELL-THOMAS, individually<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive<br><br>    Defendants | 2:23-cv-01188-RFB-BNW<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION AND PRE-TRIAL ORDER DEADLINES**<br>**(THIRD REQUEST)** |

Pursuant to Local Rule IA 6-1 and II 26-3, Defendant State Farm Mutual Automobile Insurance Company and Plaintiff Karen Bramwell-Thomas, by and through their respective counsel of record, stipulate to a 45-day extension of the dispositive motion and pre-trial order deadlines.  This is the second such request

1  for an extension of these deadlines, and it is entered in good faith without any
2  intent to delay.
3      Discovery Complete to Date
4      1. Plaintiff served initial disclosures and four supplements thereto;
5      2. Defendant served initial disclosures and two supplements thereto;
6      3. The parties have conduct written discovery;
7      4. Deposition of State Farm's 30(b)(6) designee;
8      5. Deposition of Leann Grauer;
9      6. Deposition of Plaintiff
10     There is no further discovery to be completed, but the parties have scheduled
11 a mediation with Hon. Trevor Atkin at Advanced Resolution Management that is
12 set for February 3, 2025. The parties wish to avoid the expense of preparing
13 dispositive motions if the mediation is successful. Therefore, the parties have
14 stipulated to the following extension of the dispositive motion and pre-trial order
15 deadline.

**Proposed Schedule**

| Deadlines | Current Dates | Proposed Dates |
|---|---|---|
| Dispositive Motions | 12/13/2024 | 3/7/2025 |
| Pre-Trial Order | 1/13/2025 | 4/7/2025 |

    All parties agree that the requested extension of the dispositive motion and pre-trial order deadlines is necessary to provide all parties times to complete discovery in this matter and have an opportunity to file any necessary motions.

| | |
|---|---|
| DATED   January 15, 2025 | DATED   January 15, 2025 |
| **CARMAN COONEY FORBUSH PLLC** | **HENNESS & HAIGHT INJURY LAW** |
| /s/ Sean D. Cooney | /s/Dallin Knecht |
| SEAN D. COONEY, ESQ.<br>Attorneys for Defendant<br>State Farm Mutual Automobile<br>Insurance Company | MARK G. HENNESS, ESQ.<br>STEPHEN J. MENDENHALL, ESQ.<br>DALLIN KNECHT, ESQ.<br>Attorneys for Plaintiff<br>Karen Bramwell-Thomas |

<u>ORDER</u>

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** The 16th of January, 2025.

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH, PLLC, and that on January 15, 2025, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION TO EXTEND DISPOSITIVE MOTION AND PRE-TRIAL ORDER DEADLINES (THIRD REQUEST)**

**Person(s) Served:**

Mark G. Henness, Esq.
Stephen J. Mendenhall, Esq.
**HENNESS & HAIGHT INJURY LAW**
8872 Spanish Ridge Ave.
Las Vegas, Nevada 89148
Attorney for Plaintiff,
Karen Bramwell-Thomas

/s/Brittany Turner

_____

**CARMAN COONEY FORBUSH PLLC**

**Brittany Turner**

| | |
|---|---|
| **From:** | Dallin Knecht <Dallin@hennessandhaight.com> |
| **Sent:** | Wednesday, January 15, 2025 3:10 PM |
| **To:** | Sean D. Cooney; Kelley Huff; Stephen Mendenhall |
| **Cc:** | Brittany Turner; KarenBramwellThomasZ6040023@projects.filevine.com |
| **Subject:** | Re: Bramwell-Thomas v SFMAIC |

Hi Sean,

You can sign and file for me. Thanks.

-Dallin

---

**From:** Sean D. Cooney <seanc@cooneyforbush.com>
**Sent:** Wednesday, January 15, 2025 9:20 AM
**To:** Dallin Knecht <Dallin@hennessandhaight.com>; Kelley Huff <Kelley@hennessandhaight.com>; Stephen Mendenhall <StephenM@hennessandhaight.com>
**Cc:** Brittany Turner <brittany@ccfattorneys.com>; KarenBramwellThomasZ6040023@projects.filevine.com <KarenBramwellThomasZ6040023@projects.filevine.com>
**Subject:** RE: Bramwell-Thomas v SFMAIC

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attached is a draft of the SAO to continue the deadlines. I know in Stephen's email that he propose 2/28 for the dispositive motion cutoff and 3/28 for the pre-trial order. But, I'm on vacation from 3/20 to 3/31, so I pushed everything out an additional week. Does that work?

Sean D. Cooney | Partner



4045 Spencer Street, A47
Las Vegas, NV 89119
T: 702-421-0111
Direct Dial & Text Msg: 702-546-0288
F: 702-516-1033

**OUR FIRM NAME AND EMAILS HAVE CHANGED!** Please update your address books. Our address and phone numbers remain the same.

1