1  **SEAN D. COONEY, ESQ.**
   NV Bar # 12945
2  **CARMAN COONEY FORBUSH PLLC**
   4045 Spencer Street Suite A47
3  Las Vegas, NV 89119
   Telephone: (702) 421-0111
4  Facsimile: (702) 516-1033
   service@ccfattorneys.com
5  Attorneys for Defendant
   State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BRAMWELL-THOMAS, individually<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive<br><br>Defendants | 2:23-cv-01188-RFB-BNW<br><br>**STIPULATION & ORDER<br>FOR DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Karen Bramwell-Thomas and Defendant State Farm Mutual Automobile Insurance Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

///

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED ___March 26___, 2025      DATED ___MARCH 26___, 2025

**CARMAN COONEY FORBUSH PLLC**                    **HENNESS & HAIGHT INJURY LAW**

_____      _____
SEAN D. COONEY, ESQ.           MARK G. HENNESS, ESQ.
Attorneys for Defendant        STEPHEN J. MENDENHALL, ESQ.
State Farm Mutual Automobile   Attorneys for Plaintiff
Insurance Company              Karen Bramwell-Thomas

**ORDER**

IT IS SO ORDERED.

Dated: ___April 22, 2025.___

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on March 26, 2025, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**
Mark G. Henness, Esq.
Stephen J. Mendenhall, Esq.
**HENNESS & HAIGHT INJURY LAW**
8872 Spanish Ridge Ave.
Las Vegas, Nevada 89148
Attorney for Plaintiff,
Karen Bramwell-Thomas

/s/Brittany Turner
_____
**CARMAN COONEY FORBUSH PLLC**